# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 524 MAL 2014
:
                Respondent  :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.                 :
:
:
:
CHARLES V. OLIVER,        :
:
                Petitioner  :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of November, 2014, the Application for Leave to Respond and the Petition for Allowance of Appeal are **DENIED**.